**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Louis Gray,<br><br>　　　　Petitioner,<br><br>v.<br><br>Charles Ryan, et al.,<br><br>　　　　Respondents. | No. CV-17-00963-PHX-GMS (ESW)<br><br>**ORDER** |

This is a habeas proceeding filed by Arizona state prisoner Richard Louis Gray ("Petitioner") pursuant to 28 U.S.C. § 2254. Pending before the Court is Petitioner's "Motion for Inquiry of the General Docket" (Doc. 69). Petitioner requests the status of his Third Amended Petition for Writ of Habeas Corpus under 28 U.S.C.§ 2254 (Doc. 52). A review of the docket reflects that the denial of Petitioner's request to stay these proceedings is now final (Doc. 68), and the matter is deemed submitted for decision before the Court.

The Court will rule upon the Third Amended Petition for Writ of Habeas Corpus (Doc. 52) in due course.

**IT IS ORDERED** granting Motion for Inquiry of the General Docket (Doc. 69) as set forth herein.

Dated this 16th day of May, 2019.

Honorable Eileen S. Willett
United States Magistrate Judge